ACCEPTED
13-13-00512-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/4/2015 11:12:35 AM
CHRISTOPHER PRINE
CLERK

No. 13-13-00512-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/4/2015 11:12:35 AM
CHRISTOPHER A. PRINE
Clerk

_____

*JOSÉ MARTINEZ, TDCJ No. 1678508*
Appellant,
v.
*THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON*
Appellee

_____

On Appeal from the 405th Judicial District Court
Galveston, Texas

_____

## DESIGNATION OF NEW ATTORNEY-IN-CHARGE

_____

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for
Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense
Division

**ARIEL N. WILEY**
Assistant Attorney General
Texas Bar No. 24093366
Law Enforcement Defense Division
Office of the Attorney General
Post Office Box 12548
Austin, Texas  78711-2548
(512) 463-2080 / fax (512) 495-9139

*FOR DEFENDANT THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON*

**To the Honorable Justices of the First Court of Appeals:**

The Attorney General, as representatives for the Defendant, submits this Designation of New Attorney-in-Charge.

This matter has been internally re-assigned to Assistant Attorney General Ariel Wiley. Assistant Attorney General Kyle Smith will no longer be responsible for this case. It is requested that all future correspondence and documents in this matter be sent to Ms. Ariel Wiley at the address provided below.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief Law Enforcement Defense Division

*/s/ Ariel N. Wiley*
**ARIEL N. WILEY**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24093366
Ariel.Wiley@texasattorneygeneral.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Office (512) 463-2080
Fax (512) 495-9139

*/s/ Kyle Smith*
**KYLE SMITH**
Assistant Attorney General
State Bar No. 24086814

P. O. Box 12548, Capitol Station
Austin, Texas  78711-2548
(512) 463-2080 / fax (512) 495-9139
Kyle.Smith@texasattorneygeneral.gov

**FOR DEFENDANT THE UNIVERSITY
OF TEXAS MEDICAL BRANCH AT
GALVESTON**

## NOTICE OF ELECTRONIC FILING

I, **Ariel Wiley**,  Assistant Attorney General of Texas,  do hereby certify  that I have electronically submitted for filing, a correct copy of the foregoing **Designation of New Attorney-in-Charge** in accordance with the Electronic Case Files System of the First Court of Appeals of Texas, on the June 4, 2015.

*/s/ Ariel N. Wiley*
**ARIEL WILEY**
Assistant Attorney General

3

## CERTIFICATE OF COMPLIANCE

I, **Ariel Wiley**, in accordance with Texas Rule of Appellate Procedure 9.4(i)(2)(E), certify that the foregoing document contains approximately 476 words. This calculation was made by the computer program used in preparing this document.

/s/ Ariel N. Wiley
**ARIEL WILEY**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **Ariel Wiley**, Assistant Attorney General of Texas, do hereby certify that a correct copy of the foregoing **Designation of New Attorney-in-Charge** has been served by placing same in the United States Postal Service, postage prepaid, on June 4, 2015 addressed to:

Josè Martinez
TDCJ No. 1678508
Wayne Scott  Unit
6999 Retrieve
Angelton, Texas 77515
*Appellant Pro Se*

/s/ Ariel N. Wiley
**ARIEL WILEY**
Assistant Attorney General